No. 75–5176.  Hicks *v.* Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 75–5181.  Bell *v.* Florida.  Sup. Ct. Fla.  Certiorari denied.

No. 75–5193.  Dobbins *v.* Dobbins.  Sup. Ct. Ga.  Certiorari denied.

No. 75–5197.  Kallie *v.* Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 75–5205.  Davis *v.* Virginia.  Cir. Ct., Lynchburg, Va.  Certiorari denied.

No. 75–5225.  Baller *v.* United States.  C. A. 4th Cir.  Certiorari denied.

No. 75–5267.  Boruski *v.* United States et al.  C. A. 2d Cir.  Certiorari denied.

No. 75–5270.  Boruski *v.* United States.  C. A. 2d Cir.  Certiorari denied.

No. 75–5275.  Davis *v.* Pennsylvania.  Sup. Ct. Pa.  Certiorari denied.

No. 75 5277.  Rivera *v.* United States; and
No. 75–5378.  Torres *v.* United States.  C. A. 2d Cir.  Certiorari denied.  Reported below: 519 F. 2d 723.

No. 75–5283.  Peters *v.* Mississippi.  Sup. Ct. Miss.  Certiorari denied.

No. 75–5300.  Reed *v.* United States.  C. A. 2d Cir.  Certiorari denied.

No. 75–5368.  Tucker *v.* United States.  C. A. 9th Cir.  Certiorari denied.